No. 93–8423. HOPKINS v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE BLACKMUN dissents and would grant the petition for writ of certiorari and remand the case for reentry of judgment and appointment of counsel. 

No. 93–8599. HAMILTON v. CALDERON, WARDEN, ET AL. C. A. 9th Cir. Motion of counsel to supplement the petition for writ of certiorari denied. Certiorari denied. 

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentence in this case.

No. 93–594. WATTS v. RICE, SECRETARY OF THE ARMY, ET AL., 510 U. S. 1012;

No. 93–1386. RICHARDSON v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL., 511 U. S. 1033;

No. 93–1410. UNIVERSITY OF COLORADO, BOULDER, ET AL. v. DERDEYN, 511 U. S. 1070;

No. 93–8066. WITCHER v. WITCHER, 511 U. S. 1055;

No. 93–8187. LAFLAMME v. GOMEZ; 511 U. S. 1073;

No. 93–8190. PRICE v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, 511 U. S. 1073;

No. 93–8200. HAZZARD v. CITY OF OAKLAND, CALIFORNIA, ET AL., 511 U. S. 1073;

No. 93–8208. ISRAEL, AKA BRYANT v. UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, 511 U. S. 1110; and

No. 93–8333. COCHRAN v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL., 511 U. S. 1075. Petitions for rehearing denied.

No. 93–7809. IN RE BENNETT ET AL., 511 U. S. 1016. Motion for leave to file petition for rehearing denied.